JULY 23, 1987

No. A–65. LINCOLN PARK NURSING & CONVALESCENT HOME *v.* KAHN, GUARDIAN AD LITEM OF JOBES, ET AL. Sup. Ct. N. J.

Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied. JUSTICE BRENNAN took no part in the consideration or decision of this application.